# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nathan Christopher Braun, | Civ. No. 20-0333 (DSD/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Tim Walz, Governor; Commission of Corrections; Nate Knutson, Assistant Commissioner; Chris Pawelk, Assistant Warden of Operations Oak Park Heights; Sherlinda Wheeler, Assistant Warden of Administration of Oak Park Heights; Bryon Matthews, Captain of Oak Park Heights; Nancy Leseman, Mail Room Lead Worker of Oak Park Heights; S. Henry, Mail Room Worker of Oak Park Heights; and Lt. Jason R. Hills, Mail Room Supervisor of Oak Park Heights, | |
| Defendants. | |

Plaintiff Nathan Christopher Braun has informed the Court that he has not yet been able to procure the financial information that this Court previously ordered him to submit. (*See* Doc. No. 4.) Accordingly, this Court will extend the deadline for Braun to submit that financial information. Braun must submit the information identified in this Court's prior order (Doc. No. 3) by no later than April 17, 2020, failing which it will be recommended that this matter be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The Clerk of Court is hereby directed to send one copy of this order to the officials at the institution where Braun is currently confined. Those prison

1

officials are hereby reminded of their obligation to assist Braun in procuring the information from his prison trust account needed to prosecute this lawsuit. *See* 28 U.S.C. § 1915(b).

    **SO ORDERED**.

Dated: March 20, 2020

                                         *s/ Becky R. Thorson*
                                         BECKY R. THORSON
                                         United States Magistrate Judge