**United States District Court**
**District of Minnesota**

---

Nathan Christopher Braun,          Case No. 20-CV-0333 (DSD/BRT)

                Plaintiff,

v.                                                    **ORDER**

Tim Walz, Governor, et al.,

                Defendants.

---

    This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Becky R. Thorson dated June 2, 2020. No objections have been filed to the R&R in the time period permitted.

    Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.  The R&R [ECF No. 22] is adopted in its entirety; and

    2.  Plaintiffs' emergency motion for a preliminary injunction [ECF No. 17] is denied.

Dated: July 8, 2020          s/David S. Doty
                            David S. Doty, Judge
                            United States District Court